IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 04-cr-00465-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

#1 JAMES GALLOWAY,
#2 ANTONIO DEL VALLE,
#3 JARE BRYANT,
#4 KENDRICK BRAME,
#5 LANAY BROOKS,
#6 TANYA PICKETT,

    Defendants.
_____

**MINUTE ORDER**
_____

    The following Minute Order is entered by Judge Walker D. Miller:

    Defendant Del Valle's motion to waive client's appearance is granted on condition that the defendant appear by telephone at the December 21, 2005 hearing.

Dated: December 16, 2005

                                                              /s/ Jane Trexler, Secretary/Deputy Clerk